# Order

Michigan Supreme Court
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142751(45)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RICHARD KENNETH PULLEN,
      Defendant-Appellee.
_____

SC: 142751
COA: 298138
Bay CC: 09-010497-FH

On order of the Chief Justice, the motion by defendant-appellee for extension to July 15, 2011 of the time for filing his brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk